IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**VALENCIA L. SESSOM,**                                                           **PLAINTIFF**

**V.**                                                                      **CAUSE NO. 2:05cv84 -P-B**

**HOME DEPOT U.S.A., INC., ET AL.,**                                **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court are Plaintiff's Motion [doc. 47] for Reconsideration of the Court's Order [doc. 45] denying an extension of deadlines in this case and Defendants' Motion [doc. 48] for an extension of the dispositive motion deadline pending consideration of Plaintiff's Motion.

First, having duly considered Plaintiff's motion and the record, I find the motion should be denied. Irrespective of the merit of those issues raised by Plaintiff in the instant motion for reconsideration, the trial setting for this case is October 30, 2006; and the proposed extensions would not allow this Court sufficient time to consider any dispositive motion prior to trial. Accordingly, the instant motion [doc. 47] for reconsideration is **DENIED**.

Second, because Defendants represent that they are prepared to file a motion for summary judgment, their motion for an extension of the motion [doc. 48] deadline is **GRANTED** to the extent that Defendants shall file their motion on or before July 19, 2006.

**SO ORDERED** this 17th day of July, 2006.

                                                                            /s/ Eugene M. Bogen
                                                                     **U. S. MAGISTRATE JUDGE**