# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**VALENCIA L. SESSOM,**                                                            **PLAINTIFF,**

**VS.**                                                   **CIVIL ACTION NO. 2:05CV84-P-B**

**HOME DEPOT U.S.A., INC. and**
**CEDRIC REDMON,**                                                   **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Summary Judgment [51-1] is hereby **GRANTED**; therefore,

(2) All of the plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 3rd day of November, A.D., 2006.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE